HARRY PINSKY & SON COMPANY, appellant,

*v.*

EDGAR L. WIKE, treasurer, &c., et al., respondents.

[Decided May 14th, 1928.]

On appeal from a decree of the court of chancery.

*Mr. D. Trueman Stackhouse,* for the appellant.

*Mr. Albert S. Woodruff,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming, and reported in *101 N. J. Eq. 45.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.    12.

*For reversal*—PARKER, MINTURN, JJ.    2.